```
                                                        FILED
                                                   U.S. DISTRICT COURT
                                                      AUGUSTA DIV.
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

20 MAR 13 AM 10:32

CLERK M. Akin
SO. DIST. OF GA.

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br>(1) THE PERSON OF<br>MICHAEL PEYTON GUNN (D.O.B. 01/22/1985) | Case No. 1:20-cr-00014 |

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, Harold Dennis "Tripp" Godbee, III, a Special Agent with the Federal Bureau of Investigation, being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I submit this affidavit in support of applications for a search warrant to obtain non-testimonial evidence from **MICHAEL PEYTON GUNN** (D.O.B. 01/22/1985) (referred to herein as "**GUNN**"), namely, genital swabs, blood and urine samples. **GUNN** is currently in the custody of the U.S. Marshal's Office, at the Lincoln County Jail in Lincolnton, Georgia.

2. I have been employed as a Special Agent of the Federal Bureau of Investigation (FBI) since May 2016, and I am currently assigned to the Atlanta Division, Augusta Resident Agency. As a Federal Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. I currently work with a Child Exploitation

1

Task Force, wherein my duties and responsibilities include investigating criminal violations relating to the Sexual Exploitation of Children (SEOC). I have investigated SEOC violations since 2016 and have gained valued experience in these types of investigations through training, classes, and my everyday work. I have applied for and participated in numerous search warrants during my career.

3. The information contained in this affidavit is based on my personal knowledge, as well as information obtained from documents, electronic databases, witnesses, and conveyed to me by other law enforcement officers involved in this investigation. The investigating agency is the FBI.

4. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

5. On January 29, 2020, Special Agent Joe R Anders, FBI Dallas, Texarkana Residence Agency, opened an investigation related to the distribution of child pornography on multiple social media platforms.

6. Originally, this case was investigated by the Hopkin's County, Texas Sheriff's Office. During their investigation, on January 13, 2020, the Sheriff's Office executed a search warrant at a residence in Hopkins County, Texas.

7. During the execution of this search warrant, a Samsung Galaxy Note 9 cellular device bearing IMEI: 358496098220807 was seized from the target's person and seized by Hopkin's County Deputies.

8. On February 4, 2020, using a forensic tool on a forensic work station, SA Anders performed a forensic extraction of the Samsung Galaxy Note 9 cellular device bearing IMEI: 358496098220807. Upon review of the collected data, SA Anders noted approximately 600 files, consisting of images and videos, that all appeared to be of the same female child (herein after referred to as minor victim 1).

9. The majority of these 600 files viewed by SA Anders were high definition and relatively large. SA Anders viewed multiple images and videos that were child pornography. SA Anders noted multiple images that depict minor victim 1 in front of a home, inside of a bedroom, and in a swimming pool. A selection of these images are as follows:

| File Name | File Description |
|---|---|
| 20191011_023712.jpg | This image file depicts minor victim 1 laying on her back on what appears to be a wooden floor. The child is wearing a white shirt that is pulled up to expose her breasts. The child is also wearing white panties that are pulled down to expose her vagina to the camera. |
| QUIK_20181218_091231.mp4 | This 34 second video file depicts minor victim 1 situated on a bed with light colored bedding. The child is wearing a white bra and black panties. The child undresses on the bed and masturbates in front of the camera. |

| 20191107_060551.jpg | This image file depicts minor victim 1 lying on her back on what appears to be a brown colored sofa. She is only wearing a pink sweater that is pulled down exposing her breasts. The child's hands are spreading her genitals apart which are the focus of the camera. |
|---|---|
| IMG_20190411_083640922.jpg | This image file depicts minor victim 1 who appears to be standing in a bedroom with a white dresser in the background. The child is holding a pink piece of paper with the message "I Am Riley Cruise 4/11/19." It should be noted that this is not the child's actual first name. |
| IMG_20190519_110638393.jpg | This image file depicts minor victim 1 standing in a room with white walls. She is wearing a yellow dress with roses on it. The child is also wearing a beaded necklace bearing her real first name. |

10. Based on a review of the files, the training and experience of SA Anders and your affiant, the following files constitute child pornography, as defined by 18 U.S.C. § 2256: 20191011_023712.jpg, QUIK_20181218_091231.mp4 and 20191107_060551.jpg.

11. SA Anders conducted an additional analysis of the device to include the examination of EXIF data present in many of the image files. EXIF data, sometimes called metadata, is a collection of information that is stored by the camera or cellular phone at the moment you capture the image or video. This information includes many settings and other technical aspects to include, but not limited to, the date the image or video was captured, resolution, device data and geolocation.

12. According to embedded EXIF data reviewed by SA Anders, the images depicting minor victim 1 that were found on the target's device contained

metadata indicating capture dates that begin in December 2018 and end in November 2019.

13. Additionally, SA Anders was able to obtain geolocation data imbedded within the files. The geolocation data indicated that several images were captured near 121 Palmer Court or 220 Nicklaus Court, Evans, Georgia.

14. Based on the embedded geolocation data, SA Anders utilized Google Maps to observe street views near 121 Palmer Court or 220 Nicklaus Court, Evans, Georgia. The homes depicted on Google Maps' street view, in and around 121 Palmer Court and 220 Nicklaus Court, Evans, Georgia, matched the homes depicted in the background of many of the images containing minor victim 1.

15. On the evening of February 4, 2020, the target was interviewed at the Hopkin's County Sheriff's Office by Chief Deputy Corley Weatherford. Chief Deputy Weatherford is the lead investigator for the state regarding the target.

16. On February 4, 2020, your affiant was contacted by SA Joe Anders.

17. Based on the information provided by SA Anders, your affiant canvassed the neighborhood in and around 121 Palmer Court and 220 Nicklaus Court, Evans, Georgia on February 5, 2020.

18. During SA Godbee's review of the images received from SA Anders, SA Godbee observed two significant items in the images: 1) a unique structural detail; and 2) a birdfeeder. These items were significant because they allowed SA Godbee

to narrow the incident location to an area based on the presence of the same items in the neighborhood and in the images.

19. Based on information provided by neighbors, SA Godbee was able to determine that a family with a girl lived at 209 Nicklaus Court, Evans, Georgia.

20. SA Godbee determined that based on a review of the images, the approximate age of the minor victim 1 in the images was likely middle school age.

21. SA Godbee determined that Stallings Island Middle School was the public school for this neighborhood.

22. On February 5, 2020, SA Godbee traveled to Stallings Island Middle School and showed an image of the minor victim 1 to the School Principal and Guidance Counselor.

23. Based on their review of the image, SA Godbee was provided the name of a minor female child. The name provided by the employees of the school was consistent with a necklace that SA Godbee was able to observe in one of the images of the minor victim 1 provided by SA Anders.

24. At that time, the school provided SA Godbee with an image of the female minor student. SA Godbee found that the minor in the picture provided by the school was the same minor in the images provided by SA Anders.

25. On February 5, 2020, at approximately 4:56 p.m. at 209 Nicklaus Court, Evans, Georgia, your affiant met with MICHAEL PEYTON GUNN and AMANDA GUNN, parents of minor victim 1. At that time, MICHAEL PEYTON

GUNN and AMANDA GUNN identified clothed images of minor victim 1 shown to them by SA Godbee.

26. During this meeting, the parents were asked to provide the minor victim 1's current cellular device. The parents believed that the minor victim 1 was currently utilizing an Iphone. SA Godbee was later told by the parents that the minor victim 1 had lost the device. The parents also believed that the minor victim 1 utilized an Android and a Motorola G6 Play.

27. During the forensic analysis of EXIF data from Freeman's Samsung device, SA Anders observed that multiple images of minor victim 1 were captured with a Motorola G6 Play.

28. On February 6, 2020, a forensic interview of minor victim 1 was conducted at the Augusta Resident Agency of the FBI at 1:00 p.m. Minor victim 1 provided the following information:

    a. Minor victim 1 indicated that she had taken the images of herself using a tripod.

    b. When shown the following photograph, minor victim 1 could not recall who was wearing the white sneaker depicted.



29.     On February 6, 2020, agents with the FBI conducted a consensual search at 209 Nicklaus Court, Evans, Georgia. Consent was provided by MICHAEL PEYTON GUNN.

30.     During a search of the residence, agents located white sneakers on a shelf located next the front door.

31.     MICHAEL PETYON GUNN, AMANDA GUNN, and minor victim 1 identified the white sneakers as belonging to MICHEAL PEYTON GUNN.



32. After locating the white sneakers, SA Godbee asked AMANDA GUNN's permission to ask minor victim 1 additional questions.

33. While showing the following image to the minor victim 1, SA Godbee asked minor victim 1 about the white sneakers and who was responsible for taking the images of minor victim 1. Minor victim 1 answered in the affirmative when asked by SA Godbee if her father took the pictures of her. During this time, SA Godbee, SA Garrick, AMANDA GUNN and minor victim 1 were present. All adults present indicated that they heard minor victim 1 answer SA Godbee in the

affirmative when asked about whether her father took the images.



34.   On February 13, 2020, minor victim 1 was interviewed by Shannon Martucci, a Child and Adolescent Forensic Interviewer with the FBI. During the interview, minor victim 1 disclosed that MICHAEL PETYON GUNN had captured images of minor victim 1 while she was not dressed.  Minor victim 1 was able to specifically identify 20191011_023712.jpg (referenced in paragraph 15 of this affidavit) as an image captured by MICHAEL PETYON GUNN.

35.   ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

██████████████████████████████████████████████████████
████████████████████████████████████████.

36.    ████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████.

37.    I submit this affidavit to obtain genital swabs, blood and urine samples from GUNN for purpose of determining whether GUNN currently carries, or did carry during the time period involved in this investigation, any sexually transmitted infections ████████████████████.

38.    I have learned from my investigative experience that Sexually Transmitted Diseases (STDs) are infections that are passed from one person to another through sexual contact. The causes of STDs are bacteria, parasites, yeast, and viruses. There are more than 20 types of STDs, including Chlamydia, Genital herpes, Gonorrhea, HIV/AIDS, HPV, Syphilis and Trichomoniasis.

39.    I have also learned from my investigative experience that in diagnosing chlamydial urethritis in men, doctors will perform a series of lab tests. GUNN will be asked to give a urine sample, blood sample and a urethral discharge culture, or swab test.

## CONCLUSION

40. GUNN is currently incarcerated at the Lincoln County Jail in Lincoln County, Georgia awaiting a possible trial in this matter. Based on the foregoing, I submit there is probable cause to believe that, from blood, urine, urethral discharge culture, or swab test samples collected from GUNN, there exists evidence relating to the production and possession of child pornography. I, therefore, seek this search warrant to allow for the collection of blood, urine samples and a urethral discharge culture, or swab test from GUNN.

Respectfully submitted,

_____
Harold "Tripp" D. Godbee, III, Special Agent
United States Department of Justice
Federal Bureau of Investigation

Subscribed and sworn to before me on March 13, 2020:

_____
Honorable Brian K. Epps
United States Magistrate Judge
Southern District of Georgia

## ATTACHMENT A

## **DESCRIPTION OF LOCATION TO BE SEARCHED**

THE PERSON OF MICHAEL PEYTON GUNN (D.O.B. 01/22/1985), currently in custody at the Lincoln County Jail in Lincolnton, Georgia.

## ATTACHMENT B

### DESCRIPTION OF ITEMS TO BE SEIZED AND SEARCHED

Samples of blood, urine, urethral discharge culture, or swab test samples collected from of the person described in Attachment A, which constitute evidence of the commission of a crime in relation to a violation of Title 18, United States Code, Sections 2251(b), production of child pornography by a parent or guardian, and Title 18, United States Code, Sections 2252A(a)(5)(B), possession of child pornography.