IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 120-014 |
| | ) | |
| MICHAEL PEYTON GUNN | ) | |

_____

## DEFENDANT'S STATEMENT REGARDING
## APPEARANCE VIA ELECTRONIC MEANS

_____

I understand that, due to the national emergency caused by global spread of the coronavirus disease 2019 (COVID-19), the Court has determined proceedings must be conducted electronically by video conference or telephone conference to protect the health and safety of all participants and the public.

I understand my right to appear in person before the Court, and I understand the Court will not conduct proceedings electronically unless I consent.

I understand that, if I do not consent to appearing by electronic means, the Court will not schedule an in-person hearing until it can be conducted without jeopardizing the health and safety of all participants.

I understand my right to refuse consent and insist the hearing be held in person, and I understand the Court will not hold my decision to refuse consent against me.

After consulting with my attorney, I make the following election:

☐ I hereby consent to the Court conducting by video conference my motion hearing. I waive the right to be physically present in the courtroom and consent to my appearance by video conference. In the event video conferencing is not available or becomes unavailable during the hearing, I consent to the Court conducting the hearing by telephone conference and me appearing by telephone.

☐ I exercise my right to be physically present in the courtroom for my motion hearing. I do not consent to appearing by electronic means and understand the Court will not schedule the hearing until it can be conducted in person without jeopardizing the health and safety of all participants.

Signed this _____ day of _____, 2020.

_____
Defendant

_____
Counsel for Defendant