**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **INDICTMENT NO. 1:20-cr-0014** |
| ) | |
| **v.** ) | |
| ) | |
| **MICHAEL PEYTON GUNN** ) | |
| ) | |
| ) | |
| ) | |

# EXHIBIT B

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) INDICTMENT NO. 1:20-cr-0014 |
| | ) |
| v. | ) 18 U.S.C. § 2251(b) |
| | ) Production of Child Pornography by |
| **MICHAEL PEYTON GUNN** | ) a Parent or Guardian |
| | ) |
| | ) 18 U.S.C. § 2252A(a)(5)(B) |
| | ) Possession of Child Pornography |

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE
*Production of Child Pornography by a Parent or Guardian*
18 U.S.C. § 2251(b)

Beginning in December 2018 and up and until on or about November 2019, in Columbia County, within the Southern District of Georgia, the defendant,

**MICHAEL PEYTON GUNN,**

being the parent of minor victim 1 (MV1), did knowingly employ, use, persuade, induce, entice or coerce MV1, a minor whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced using materials that had been mailed, shipped and transported in or affecting interstate or foreign commerce by any means, including by computer, and such visual depiction had actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed; to wit: an image or video with file name 20191011_023712.jpg. depicting MV1 engaging in

sexually explicit conduct. All in violation of Title 18, United States Code, Section 2251(b).

## COUNT TWO
*Production of Child Pornography by a Parent or Guardian*
18 U.S.C. § 2251(b)

Beginning in December 2018 and up and until on or about November 2019, in Columbia County, within the Southern District of Georgia, the defendant,

**MICHAEL PEYTON GUNN,**

being the parent of minor victim 1 (MV1), did knowingly employ, use, persuade, induce, entice or coerce MV1, a minor whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced using materials that had been mailed, shipped and transported in or affecting interstate or foreign commerce by any means, including by computer, and such visual depiction had actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed; to wit: an image or video with file name QUIK_20181218_091231.mp4 depicting MV1 engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 2251(b).

## COUNT THREE
*Production of Child Pornography by a Parent or Guardian*

18 U.S.C. § 2251(b)

In or about October 2019, in Columbia County, within the Southern District of Georgia, the defendant,

**MICHAEL PEYTON GUNN,**

being the parent of minor victim 1 (MV1), did knowingly employ, use, persuade, induce, entice or coerce MV1, a minor whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced using materials that had been mailed, shipped and transported in or affecting interstate or foreign commerce by any means, including by computer, and such visual depiction had actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed; to wit: an image with file name 20191004_024904.jpg depicting MV1 engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 2251(b).

## COUNT FOUR

*Production of Child Pornography by a Parent or Guardian*
18 U.S.C. § 2251(b)

In or about July 2019, in Columbia County, within the Southern District of Georgia, the defendant,

**MICHAEL PEYTON GUNN,**

being the parent of minor victim 1 (MV1), did knowingly employ, use, persuade, induce, entice or coerce MV1, a minor whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced using materials that had been mailed, shipped and transported in or affecting interstate or foreign commerce by any means, including by computer, and such visual depiction had actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed; to wit: an image with file name IMG_20190713_065323201.jpg depicting MV1 engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 2251(b).

4

## COUNT FIVE
*Possession of Child Pornography*
18 U.S.C. § 2252A(a)(5)(B)

Beginning at a time unknown to the Grand Jury but at least on or about February 7, 2020, in Columbia County, within the Southern District of Georgia, the defendant,

**MICHAEL PEYTON GUNN,**

did knowingly possess child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that is, any visual depiction of a minor, any person under 18 years old, engaged in sexually explicit conduct, said image was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATION

The allegations contained in Counts One through Five of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Upon conviction of Counts One through Five of this Indictment charging violations of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2251(b), the defendant, **MICHAEL PEYTON GUNN**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3), any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110 and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable thereto.

A True Bill.

_____
Foreperson

_____       _____
Bobby L. Christine                           Karl I. Knoche
United States Attorney                       Assistant United States Attorney
                                             Chief, Criminal Division

_____
Tara M. Lyons
Assistant United States Attorney
*Lead Counsel