UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. 1:20-014 |
| | ) |
| v. | ) 18 U.S.C. § 1594(c) |
| | ) Sex Trafficking Conspiracy |
| MICHAEL PEYTON GUNN | ) |
| | ) 18 U.S.C. § 1591(a) |
| and | ) Sex Trafficking of a Child |
| | ) |
| AMANDA GUNN | ) 18 U.S.C. § 2422(b) |
| | ) Coercion and Enticement of a Child |
| | ) to Engage in Sexual Activity |
| | ) |
| | ) 18 U.S.C. § 2251(b) |
| | ) Production of Child Pornography by |
| | ) a Parent or Guardian |
| | ) |
| | ) 18 U.S.C. § 2252A(a)(5)(B) |
| | ) Possession of Child Pornography |
| | ) |
| | ) 18 U.S.C. § 1591(d) |
| | ) Obstruction of a Child Sex |
| | ) Trafficking Investigation |
| | ) |
| | ) 18 U.S.C. § 2 |
| | ) Aiding and Abetting |

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>
*Sex Trafficking Conspiracy*
18 U.S.C. § 1594(c)

Beginning at a time unknown to the grand jury, but at least from in or about December 2018 and continuing through in or about November 2019, in Columbia County, within the Southern District of Georgia, and in the District of South Carolina, the defendants,

1

2

## MICHAEL PEYTON GUNN,
## and
## AMANDA GUNN,

being aided and abetted by each other and others known and unknown to the grand jury, conspired with each other and others known and unknown to the grand jury to knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, advertise, and maintain Minor Victim #1, a person who had not attained the age of 18 years, knowing and in reckless disregard for the fact that Minor Victim #1 had not attained the age of 18 years, for the purpose of causing Minor Victim #1 to engage in commercial sex acts, and to benefit financially and by receipt of things of value from participation in a venture which recruited, enticed, harbored, transported, provided, obtained, advertised, and maintained Minor Victim #1 who had not attained the age of 18 years by causing Minor Victim #1 to engage in commercial sex acts, in violation of Title 18, United States Code, Section 1591(a).

All done in violation of Title 18, United States Code, Sections 1594(c) and 2.

## COUNT TWO
*Sex Trafficking of a Child*
18 U.S.C. § 1591(a)

On or about July 22, 2019, in Columbia County, within the Southern District of Georgia, and in the District of South Carolina, the defendant,

**MICHAEL PEYTON GUNN**,

knowingly recruited, enticed, harbored, transported, provided, obtained, advertised, and maintained, by any means, in and affecting interstate commerce, Minor Victim #1, knowing and in reckless disregard of the fact that Minor Victim #1 had not attained the age of 18 years and that Minor Victim #1 would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a), and 1591(b)(1).

## COUNT THREE
*Coercion and Enticement of a Child to Engage in Sexual Activity*
18 U.S.C. § 2422(b)

On or about July 22, 2019, in Columbia County, within the Southern District of Georgia, and in the District of South Carolina, the defendant,

### MICHAEL PEYTON GUNN,

did use facilities of interstate and foreign commerce, that is, the internet, to knowingly persuade, induce, entice and coerce Minor Victim #1, who had not attained the age of 18 years, to engage in sexual activity for which the defendant could be charged with a criminal offense, that is, child molestation pursuant to Ga. Code Ann. § 16-6-4.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT FOUR
*Production of Child Pornography by a Parent or Guardian*
18 U.S.C. § 2251(b)

Beginning in December 2018 and up and until on or about November 2019, in Columbia County, within the Southern District of Georgia, the defendant,

### MICHAEL PEYTON GUNN,

being the parent of Minor Victim #1, did knowingly employ, use, persuade, induce, entice or coerce Minor Victim #1, a minor whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced using materials that had been mailed, shipped and transported in or affecting interstate or foreign commerce by any means, including by computer, and such visual depiction had actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed; to wit: an image or video with file name 20191011_023712.jpg. depicting Minor Victim #1 engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 2251(b).

## COUNT FIVE
*Production of Child Pornography by a Parent or Guardian*
18 U.S.C. § 2251(b)

Beginning in December 2018 and up and until on or about November 2019, in Columbia County, within the Southern District of Georgia, the defendant,

### MICHAEL PEYTON GUNN,

being the parent of Minor Victim #1, did knowingly employ, use, persuade, induce, entice or coerce Minor Victim #1, a minor whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced using materials that had been mailed, shipped and transported in or affecting interstate or foreign commerce by any means, including by computer, and such visual depiction had actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed; to wit: an image or video with file name QUIK_20181218_091231.mp4 depicting Minor Victim #1 engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 2251(b).

## COUNT SIX
*Production of Child Pornography by a Parent or Guardian*
18 U.S.C. § 2251(b)

In or about October 2019, in Columbia County, within the Southern District of Georgia, the defendant,

## MICHAEL PEYTON GUNN,

being the parent of Minor Victim #1, did knowingly employ, use, persuade, induce, entice or coerce Minor Victim #1, a minor whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced using materials that had been mailed, shipped and transported in or affecting interstate or foreign commerce by any means, including by computer, and such visual depiction had actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed; to wit: an image with file name 20191004_024904.jpg depicting Minor Victim #1 engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 2251(b).

## COUNT SEVEN
*Production of Child Pornography by a Parent or Guardian*
18 U.S.C. § 2251(b)

In or about July 2019, in Columbia County, within the Southern District of Georgia, the defendant,

**MICHAEL PEYTON GUNN,**

being the parent of Minor Victim #1, did knowingly employ, use, persuade, induce, entice or coerce Minor Victim #1, a minor whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced using materials that had been mailed, shipped and transported in or affecting interstate or foreign commerce by any means, including by computer, and such visual depiction had actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed; to wit: an image with file name IMG_20190713_065323201.jpg depicting Minor Victim #1 engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 2251(b).

## COUNT EIGHT
*Possession of Child Pornography*
18 U.S.C. § 2252A(a)(5)(B)

Beginning at a time unknown to the Grand Jury but at least on or about February 7, 2019, in Columbia County, within the Southern District of Georgia, the defendant,

**MICHAEL PEYTON GUNN,**

did knowingly possess child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that is, any visual depiction of a minor, any person under 18 years old, engaged in sexually explicit conduct, said image was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT NINE
*Obstruction of a Child Sex Trafficking Investigation*
18 U.S.C. § 1591(d)

On or about February 7, 2020 and continuing through on or about December 9, 2020, the exact dates being unknown to the Grand Jury, in Columbia County, within the Southern District of Georgia, the defendants,

**MICHAEL PEYTON GUNN,**
**and**
**AMANDA GUNN,**

aided and abetted by each other, did knowingly obstruct, attempt to obstruct, and interfere with and prevent the enforcement of the child sex trafficking statute, in that **MICHAEL PEYTON GUNN** caused evidence to be destroyed, including Minor Victim #1's iPhone, a thumb drive, and objects used for illicit sexual activity, and that **AMANDA GUNN** purchased a new iPhone for Minor Victim #1, when both **MICHAEL PEYTON GUNN** and **AMANDA GUNN** knew that the FBI was investigating **MICHAEL PEYTON GUNN** and **AMANDA GUNN** for causing Minor Victim #1 to engage in commercial sex acts.

All in violation of Title 18, United States Code, Sections 1591(d) and 2.

## FORFEITURE ALLEGATION

The allegations contained in Counts One through Nine of this Indictment are hereby incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 1594(d) and 2428, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Sections 1591 or 2422 set forth in Counts One through Three and Count Nine of this Indictment, the defendants, **MICHAEL PEYTON GUNN** and **AMANDA GUNN**, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 1594 and 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense(s) and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense(s).

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

Upon conviction of Counts Four through Eight of this Indictment charging violations of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2251(b), the defendant, **MICHAEL PEYTON GUNN**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3), any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110 and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable thereto.

A True Bill.

_____
David H. Estes
Acting United States Attorney

_____
Tara M. Lyons
Assistant United States Attorney
*Lead Counsel

_____
Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division

_____
Tania D. Groover
Assistant United States Attorney
*Co-lead Counsel