IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 120-014 |
| | ) | |
| MICHAEL PEYTON GUNN | ) | |
| AMANDA GUNN | ) | |

**O R D E R**

The Government requests appointment of a guardian ad litem for minor victim one pursuant to 18 U.S.C. § 3509(h), which provides in pertinent part as follows: "In making the appointment, the court shall consider a prospective guardian's background in, and familiarity with, the judicial process, social service programs, and child abuse issues. The guardian ad litem shall not be a person who is or may be a witness in a proceeding involving the child for whom the guardian is appointed."  Because the government has not provided this information, the Court **DENIES** the motion, (doc. no. 176), with the right to refile.

SO ORDERED0020this 22nd day of March, 2021, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA