IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 120-014 |
| | ) | |
| MICHAEL PEYTON GUNN | ) | |
| AMANDA GUNN | ) | |

**O R D E R**

The Government requests the appointment of a guardian ad litem, for minor victim one. (Doc. no. 181.) Upon consideration, the Court **GRANTS** the motion and **APPOINTS** Attorney Sheila Wahman as guardian ad litem, for minor victim one.

SO ORDERED this 1st day of April, 2021, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA