IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>MICHAEL PEYTON GUNN   )<br>AMANDA GUNN a/k/a Amanda Howard   ) | CR 120-014 |

_____

**O R D E R**
_____

Before the Court is the Government's Unopposed Motion to Amend Defendant's Name and Court Documents. (Doc. nos. 184.) The government seeks to amend Defendant Amanda Gunn's name and add "superseding" in all appropriate places within document numbers 153 and 154 on the docket. (Doc. no. 184; see also doc. nos. 153, 154.) Defendants do not oppose the request. (Doc. no. 184, p. 2.) Upon consideration, the Court **GRANTS** the motion. (Id.) The Court **DIRECTS** the **CLERK** to update Defendant Amanda Gunn's name on the docket as it appears on the caption of this Order. The government shall file an amended indictment and penalty certification as a stand-alone entry on the docket within seven days of this Order.[1]

SO ORDERED this 13th day of April, 2021, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1]Requiring the filing of a corrected indictment as a stand-alone entry bearing the signature of the applicable government attorney is the standard practice followed by this Court in such circumstances. See, e.g., United States v. Hill, CR 114-028, doc. nos. 18, 19; United States v. Tagui, CR 113-220, doc. nos. 76, 174, 182; United States v. Griffis, CR 114-027, doc. nos. 6, 10.