# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> MICHAEL PEYTON GUNN </br></br> and </br></br> AMANDA GUNN </br></br>   a/k/a AMANDA HOWARD | SUPERSEDING INDICTMENT NO. </br> 1:20-cr-0014 </br></br> 18 U.S.C. § 1594(c) </br> Sex Trafficking Conspiracy </br></br> 18 U.S.C. § 1591(a) </br> Sex Trafficking of a Child </br></br> 18 U.S.C. § 2422(b) </br> Coercion and Enticement of a Child to Engage in Sexual Activity </br></br> 18 U.S.C. § 2251(b) </br> Production of Child Pornography by a Parent or Guardian </br></br> 18 U.S.C. § 2252A(a)(5)(B) </br> Possession of Child Pornography </br></br> 18 U.S.C. § 1591(d) </br> Obstruction of a Child Sex Trafficking Investigation </br></br> 18 U.S.C. § 2 </br> Aiding and Abetting |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Superseding Indictment are as follows:

**Count 1:**    **Sex Trafficking Conspiracy**
    18 U.S.C. § 1594(c)

1

- Not less than 15 years of imprisonment, but not more than life imprisonment
- Not more than a $250,000 fine
- Not less than 5 years of supervised release and up to life
- $100 special assessment
- A second special assessment of $5,000 pursuant to 18 U.S.C. § 3014
- Restitution in an amount to be determined by the Court
- Registration as a sex offender under the Sex Offender Registration and Notification Act
- Forfeiture of forfeitable assets as ordered by the Court

**Count 2:** **Sex Trafficking of a Child**
18 U.S.C. § 1591(a)

- Not less than 15 years of imprisonment, but not more than life imprisonment
- Not more than a $250,000 fine
- Not less than 5 years of supervised release and up to life
- $100 special assessment
- A second special assessment of $5,000 pursuant to 18 U.S.C. § 3014
- Restitution in an amount to be determined by the Court
- Registration as a sex offender under the Sex Offender Registration and Notification Act
- Forfeiture of forfeitable assets as ordered by the Court

**Count 3:** **Coercion and Enticement of a Child to Engage in Sexual Activity**
18 U.S.C. § 2422(b)

- Not less than 10 years of imprisonment, but not more than life imprisonment
- Not more than a $250,000 fine
- Not less than 5 years of supervised release and up to life
- $100 special assessment
- A second special assessment of $5,000 pursuant to 18 U.S.C. § 3014
- Restitution in an amount to be determined by the Court
- Registration as a sex offender under the Sex Offender Registration and Notification Act
- Forfeiture of forfeitable assets as ordered by the Court

**Counts 4-7:** **Production of Child Pornography by a Parent or Guardian**
18 U.S.C. § 2251(b)

- Not less than fifteen (15) years of imprisonment but not more than thirty (30) years of imprisonment
- Not more than a $250,000 fine
- not less than five (5) years of supervised release, but not more than life
- forfeiture of forfeitable assets
- $100 special assessment
- an assessment of $5,000.00 per count under 18 U.S.C. §3014
- an assessment, pursuant to 18 U.S.C. §2259A, per count
- Registration as a sex offender under the Sex Offender Registration and Notification Act
- mandatory restitution under 18 U.S.C. § 2259

**Count 8:** **Possession of Child Pornography**
18 U.S.C. § 2252A(a)(5)(B)

- Not more than twenty (20) years of imprisonment
- not more than a $250,000 fine
- not less than five (5) years of supervised release, but not more than life
- forfeiture of forfeitable assets
- $100 special assessment
- an assessment of $5,000.00 per count under 18 U.S.C. §3014
- an assessment, pursuant to 18 U.S.C. §2259A
- registration as a sex offender under the Sex Offender Registration and Notification Act
- mandatory restitution under 18 U.S.C. § 2259

**Count 9:** **Obstruction of a Child Sex Trafficking Investigation**
18 U.S.C. § 1591(d)

- Not more than twenty-five (25) years of imprisonment
- not more than a $250,000 fine
- not less than five (5) years of supervised release, but not more than life
- forfeiture of forfeitable assets
- $100 special assessment

- an assessment of $5,000.00 per count under 18 U.S.C. §3014
- an assessment, pursuant to 18 U.S.C. §2259A
- registration as a sex offender under the Sex Offender Registration and Notification Act
- mandatory restitution under 18 U.S.C. § 2259

Respectfully submitted,

DAVID H. ESTES
ACTING UNITED STATES ATTORNEY

**/s/ Tara M. Lyons**
Tara M. Lyons
Assistant United States Attorney
South Carolina Bar No. 16573