## USA v. Michael Peyton Gunn & Amanda Gunn a/k/a Amanda Howard
## Case Number:  1:20-CR-14

### Index of Discovery Provided 09-23-2021 via USAfx

*Model Management*

| Name |
| --- |
| Riley 1.png |
| Riley 2.png |
| Riley 3.png |

*Porn Hub for Toxic Dove*

| Name |
| --- |
| Certificate of Authenticity (Signed & Exhibits for toxic dove).pdf |
| LR - toxicdove.xlsx |
| toxicdove - Avatar.jpg |
| toxicdove - Cover.jpg |

*Porn Hub Response*

| Name |
| --- |
| 20200225211726-get_all_comments-42714302.csv |
| 20200225211743-get_all_comments-42714302-chat.csv |
| amandalexihaze avatar.jpg |
| amandalexihaze ID1.png |
| amandalexihaze ID2.png |
| amandalexihaze verification.jpg |
| amandalexihaze videos.csv |
| Certificate of authenticity.pdf |

*Reddit*

| Name | | | |
| --- | --- | --- | --- |
| __MACOSX | 9/20/2021 12:15 PM | File folder | |
| production | 9/20/2021 12:14 PM | File folder | |
| production.zip | 9/21/2021 11:02 AM | PKZIP File | 8 KB |

*Twitter Response*

| Name |
| --- |
| 1084432141256134656 Account Creation IP.txt |
| 1084432141256134656 Account.txt |
| 1084432141256134656 IP Audit.txt |
| 1084432141256134656 Phone Number.txt |
| Declaration.txt |
| README.txt |
| Twitter Public Key GPG.asc |

Exhibit A - Page **1** of **2**

***Documents***

| Name |
|---|
| Name |
| Certification of BitLove, Inc.docx |