## USA v. Michael Peyton Gunn & Amanda Gunn a/k/a Amanda Howard
## 1:20-CR-14

### Index of Discovery Provided 10-07-2021 via USAfx

305G-AT-3231980_0000120.pdf
305G-AT-3231980_0000120_1A0000067_0000001.pdf
305G-AT-3231980_0000121.pdf
305G-AT-3231980_0000122.pdf
305G-AT-3231980_0000122_1A0000068_0000001_PHYSICAL.pdf
305G-AT-3231980_0000123.pdf
305G-AT-3231980_0000124.pdf
305G-AT-3231980_0000124_1A0000069_0000001_PHYSICAL.pdf
305G-AT-3231980_0000125_1A0000070_0000001_Redacted.pdf
305G-AT-3231980_0000125_Redacted.pdf
305G-AT-3231980_0000126_1A0000071_0000001_Redacted.pdf
305G-AT-3231980_0000126_Redacted.pdf
305G-AT-3231980_0000127_1A0000072_0000001_Redacted.pdf
305G-AT-3231980_0000127_Redacted.pdf
305G-AT-3231980_0000128.pdf
305G-AT-3231980_0000128_1A0000073_0000001.pdf
305G-AT-3231980_0000129.pdf
305G-AT-3231980_0000130.pdf
305G-AT-3231980_0000130_Import.pdf
305G-AT-3231980_0000131.pdf
305G-AT-3231980_0000131_Import.pdf
305G-AT-3231980_0000132.pdf
305G-AT-3231980_0000132_Import.pdf
305G-AT-3231980_0000133.pdf
305G-AT-3231980_0000133_Import.pdf
305G-AT-3231980_0000134.pdf
305G-AT-3231980_0000134_Import.pdf
305G-AT-3231980_0000135.pdf
305G-AT-3231980_0000135_Import.pdf
305G-AT-3231980_0000136.pdf
305G-AT-3231980_0000136_1A0000074_0000001_PHYSICAL.pdf
305G-AT-3231980_0000137.pdf
305G-AT-3231980_0000137_1A0000075_0000001.zip
305G-AT-3231980_0000138.pdf
305G-AT-3231980_0000138_1A0000076_0000001.pdf
305G-AT-3231980_0000138_1A0000076_0000002.xlsx
305G-AT-3231980_0000139.pdf
305G-AT-3231980_0000139_Import.pdf
305G-AT-3231980_0000140.pdf

305G-AT-3231980_0000140_1A0000077_0000001_PHYSICAL.pdf
305G-AT-3231980_0000141.pdf
305G-AT-3231980_0000141_1A0000078_0000001.png
305G-AT-3231980_0000141_1A0000078_0000002.pdf
305G-AT-3231980_0000141_1A0000078_0000003.pdf
305G-AT-3231980_0000141_1A0000078_0000004.csv
305G-AT-3231980_0000141_1A0000078_0000005.png
305G-AT-3231980_0000141_1A0000078_0000006.csv
305G-AT-3231980_0000141_1A0000078_0000007.csv
305G-AT-3231980_0000142.pdf
305G-AT-3231980_0000142_1A0000079_0000001.pdf
305G-AT-3231980_0000142_1A0000079_0000002.pdf
305G-AT-3231980_0000143.pdf
305G-AT-3231980_0000143_1A0000080_0000001.zip
305G-AT-3231980_0000144.pdf
305G-AT-3231980_0000144_1A0000081_0000001_PHYSICAL.pdf
100621 REDACTED manifest.xlsx