USA v. Michael Peyton Gunn & Amanda Gunn a/k/a Amanda Howard
1:20-CR-14

**Index of Discovery Provided 11-05-2021 via USAfx**

*Amanda Gunn Pics*

| Name |
|---|
| IMG_0356.JPG |
| IMG_0357.JPG |
| IMG_0358.JPG |
| IMG_0359.JPG |
| IMG_0360.JPG |
| IMG_0361.JPG |
| IMG_0362.JPG |
| IMG_0363.JPG |
| IMG_0364.JPG |
| IMG_0365.JPG |
| IMG_0366.JPG |
| IMG_0367.JPG |
| IMG_0368.JPG |
| IMG_0369.JPG |
| IMG_0370.JPG |
| IMG_0371.JPG |
| IMG_0372.JPG |

*Badoo*

| Name |
|---|
| Billing History 1545103815.pdf |
| IPS History 1545103815Record.pdf |
| Report.pdf |

*Go Daddy*

| Name |
|---|
| Letter & Certification from Go Daddy.pdf |
| Return from Go Daddy.pdf |

*PDF Documents*

| Name |
|---|
| Consent to Search Cellphones.pdf |
| FBI Report of Forensic Extraction of 1B2.pdf |
| Screenshot of Cellphone 20211026-113419.pdf |
| Serial 15 IA Physical Attachment.pdf |