# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

## CLERK'S MINUTES  - GENERAL

---

CASE NO.  **CR120-014**  
TITLE  **USA V. MICHAEL PEYTON GUNN**  
TIMES  **10:30 am - 5:32 pm**

DATE  **November 15, 2021**  
TOTAL  **7 hrs. 2 min.**

---

Honorable :  **J. Randal Hall, Chief Judge, U.S. District Court**  
Court Reporter :  **Lisa Davenport**  

Courtroom Deputy :  **Lisa Widener**  
Interpreter :

---

Attorney for    Government  
Tara Lyons  

Attorney for Defendant(s)  
Shawn Merzlak  

Attorney for

---

PROCEEDINGS :  **JURY SELECTION AND TRIAL**        ✓ In Court        ☐ In Chambers

All parties present and ready to proceed.  
Voir Dire begins; silent strike process; jury is impaneled.  
Preliminary instructions given to jury; opening statements.  
Govt calls FBI Sp. Agent Joe Ross Anders.  
Govt calls FBI Sp. Agent Jonathan Escobar  

jury is excused until 9:00 am Tuesday 11/16

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CR120-014**　　　　　　　　　　　　　　　DATE **November 15, 2021**

TITLE **USA V. MICHAEL PEYTON GUNN**

PROCEEDINGS (continued): **JURY SELECTION AND TRIAL**

_____