# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CR120-014**
TITLE **USA V. MICHAEL PEYTON GUNN**
DATE **November 16, 2021**
TIMES **9:05 am - 5:47 pm**
TOTAL **8 hrs. 42 min.**

Honorable: **J. Randal Hall, Chief Judge, U.S. District Court**
Courtroom Deputy: **Lisa Widener**
Court Reporter: **Lisa Davenport**
Interpreter:

Attorney for Government
**Tara Lyons**

Attorney for Defendant(s)
**Shawn Merzlak**

Attorney for

PROCEEDINGS: **JURY TRIAL CONTINUED**    ☑ In Court   ☐ In Chambers

All parties present and ready to proceed.
Govt calls FBI Sp. Agent Justin Garrick
Govt calls FBI Sp. Agent Charles McKee
Govt calls Jill Gunn
Govt calls Michael H. Gunn
Govt calls Amanda Gunn

Jury is excused until 9:00 am Wednesday 11/17

(Rev 7/2003)    GENERAL CLERK'S MINUTES

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CR120-014**　　　　　　　　　　　　　　　DATE **November 16, 2021**

TITLE **USA V. MICHAEL PEYTON GUNN**

PROCEEDINGS (continued): **JURY TRIAL CONTINUED**