# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CR120-014**  
TITLE **USA V. MICHAEL PEYTON GUNN**  
TIMES **9:01 am - 5:21 pm**

DATE **November 18, 2021**  
TOTAL **8 hrs. 20 min.**

Honorable : **J. Randal Hall, Chief Judge, U.S. District Court**  
Courtroom Deputy : **Lisa Widener**  
Court Reporter : **Lisa Davenport**  
Interpreter :

Attorney for Government  
**Tara Lyons**

Attorney for Defendant(s)  
**Shawn Merzlak**

Attorney for

PROCEEDINGS : **JURY TRIAL CONTINUED**   ✓ In Court   ☐ In Chambers

All parties present and ready to proceed.  
Cross examination of FBI Sp. Agent Harold Godbee, III  
Govt rests.  
Oral Motion until Rule 29 by Defendant  
Court denies Rule 29 motion  
Charge conference held  
Closing arguments by parties  
Jury is charged  
Alternates are announced and released  
Jury begins deliberations  
Jury returns verdict of guilty on all counts (1-9)  
Court accepts verdict and adjudges def guilty

(Rev 7/2003)  GENERAL CLERK'S MINUTES

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

### CLERK'S MINUTES - GENERAL

CASE NO. **CR120-014**     DATE **November 18, 2021**
TITLE **USA V. MICHAEL PEYTON GUNN**

PROCEEDINGS (continued): **JURY TRIAL CONTINUED**

Court advises def of right to file motion for new trial and appeal rights
Def is remanded to custody of USMS.