# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | CASE NO: 1:20-CR-14 |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL PEYTON GUNN | ) | |

## EXHIBIT LIST

| PRESIDING JUDGE: | PLAINTIFF'S ATTORNEY: | DEFENDANT'S ATTORNEY: |
|---|---|---|
| J. RANDAL HALL | TARA M. LYONS | SHAWN MERZLAK |
| TRIAL DATE: | COURT REPORTER: | COURTROOM DEPUTY: |
| NOVEMBER 15, 2021 | LISA DAVENPORT | LISA WIDENER |

| Plf. No. | Def. No. | WITNESS | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | ANDERS | 11/15/2021 | 11/15/2021 | SA J. Anders - Freeman device extraction - 64gb Sandisk Thumb drive (sealed hard drive) (photo) |
| 2 | | ANDERS | 11/15/2021 | 11/15/2021 | Shoe Series of Child Pornography with Minor on Wood Floor (paper) |
| 3 | | ANDERS | 11/15/2021 | 11/15/2021 | Screenshot: ToxicDove Folder J. Freeman Samsung Phone Extraction |
| 4 | | ANDERS | 11/15/2021 | 11/15/2021 | Screenshot: Images of Minor with Latitude & Longitude |
| 5 | | ANDERS | 11/15/2021 | 11/15/2021 | Screenshot: Images of Minor Maps/Locations |
| 6 | | ANDERS | 11/15/2021 | 11/15/2021 | Screenshot: Image of Freeman Device Data |
| 7 | | ANDERS | 11/15/2021 | 11/15/2021 | Screenshot: Conversations Between J. Freeman and Riley, Riley Dad and Riley Mom |
| 8 | | ANDERS | 11/15/2021 | 11/15/2021 | TextNow Series of Child Pornography with Minor (paper) |
| 9 | | ANDERS | 11/15/2021 | 11/15/2021 | Minor Images Sent via email to SA Godbee on 02/04/20 |
| 10 | | ANDERS | 11/15/2021 | 11/15/2021 | Michael Gunn Phone Return |
| 11 | | ESCOBAR | 11/15/2021 | 11/15/2021 | Photo of Shoe Series with White Shoe Visible |
| 12 | | ESCOBAR | 11/15/2021 | 11/15/2021 | Consent Search Photographs on 02/06/20 at 209 Nicklaus Ct., Evans, GA |
| 13 | | MCKEE | 11/16/2021 | 11/16/2021 | White Sneakers Seized via Consent by SA McKee from 209 Nicklaus Ct., Evans, GA (Photos) |
| 14 | | GARRICK | 11/16/2021 | 11/16/2021 | Interview of Defendant M. P. Gunn on 02/06/20 by SA Garrick & SA Escobar |
| 15 | | GARRICK | 11/16/2021 | 11/16/2021 | Search Warrant Photographs Taken on 02/07/20 at 209 Nicklaus Ct., Evans, GA |
| 16 | | GARRICK | 11/16/2021 | 11/16/2021 | Property List of Items Seized on 02/07/20 at 209 Nicklaus Ct., Evans, GA |
| 17 | | GARRICK | 11/16/2021 | 11/16/2021 | Photos of Physical Evidence Seized on 02/07/20 at 209 Nicklaus Ct., Evans, GA |
| 18 | | GRANTHAM | 11/17/2021 | 11/17/2021 | Jonathan Grantham Plea Agreement |
| 19 | | GRANTHAM | | | Picture of "Riley" |
| 20 | | GRANTHAM | 11/17/2021 | 11/17/2021 | Grantham Email Chain |
| 21 | | GUNN | 11/16/2021 | 11/16/2021 | Amanda Gunn Plea Agreement |

| 22 | | GUNN | 11/16/2021 | 11/16/2021 | Amanda Gunn Tattoos |
| --- | --- | --- | --- | --- | --- |
| 23 | | GUNN | 11/16/2021 | 11/16/2021 | Amanda Lexi Haze VOID website |
| 24 | | GUNN | 11/16/2021 | 11/16/2021 | Amanda Lexi Haze Flickr Website Screenshots |
| 25 | | GUNN | 11/16/2021 | 11/16/2021 | Lexi Likes It Hot Pinterest Website Screenshots |
| 26 | | GODBEE | | | Medical Records of Michael Peyton Gunn - STD Testing Results |
| 27 | | GODBEE | | | Minor's Medical Records - STD Testing Results |
| 28 | | GODBEE | 11/17/2021 | 11/17/2021 | HARD DRIVE CONTAINING THE FOLLOWING: |
| | | | | | Search Warrant Return for Email Account of Outlook fckmeup@outlook.com (sealed hard drive) |
| | | | | | Search Warrant Return for Email Account of ggirl06@outlook.com (sealed hard drive) |
| | | | | | Search Warrant Return for Email Account of toxicdove@outlook.com (sealed hard drive) |
| | | | | | Search Warrant Return for Email Account of realgunnlife@gmail.com (sealed hard drive) |
| | | | | | Search Warrant Return for Email Amandagunn@outlook (sealed hard drive) |
| | | | | | Search Warrant Return for Email of agunn421@gmail.com (sealed hard drive) |
| | | | | | Subpoena Return for Apple Records |
| | | | | | Subpoena Return for Badoo Records |
| | | | | | Subpoena Return for Verizon Phone Records for Phone Number |
| | | | | | Subpoena Return for Verizon Phone Records for Phone Number |
| | | | | | Subpoena Return for Verizon Phone Records for Phone Number |
| | | | | | Subpoena Return for Go Daddy |
| | | | | | Subpoena Return for Comcast phone records MPG 762 |
| | | | | | Subpoena Return for Craigslist |
| | | | | | Subpoena Return for Fetlife.com |
| | | | | | Subpoena Return for Reddit |
| | | | | | Subpoena Return for Snapchat |
| | | | | | Subpoena Return for Twitter |
| | | | | | Subpoena Return for Facebook |
| | | | | | Subpoena Return for Instagram |
| | | | | | Subpoena Return for Uber |
| | | | | | Subpoena Return for Paypal |
| | | | | | Subpoena Return for Badoo |
| | | | | | Subpoena Return for Tumblr |
| | | | | | Subpoena Return for PornHub ToxicDove |
| | | | | | Subpoena Return for PornHub Amanda Lexi Haze |
| | | | | | Subpoena Return for Microsoft Outlook |
| 29 | | GODBEE | 11/17/2021 | 11/17/2021 | Summary Chart of all Subscriber Info for all accounts |

| | | | | |
|---|---|---|---|---|
| 30 | | GODBEE | Photos of Devices Analyzed by SA Godbee | 11/17/2021 | 11/17/2021 |
| 31 | | ANDERS | Screenshots of Axiom & Griffeye for SA Anders | 11/15/2021 | 11/15/2021 |
| 32 | | GODBEE | Screenshots of Axiom: realgunnlife & toxicdove for SA Godbee | 11/17/2021 | 11/17/2021 |
| 33 | | GODBEE | Metadata of image sent from Peyton Gunn (realgunnlife) to ToxicDove | | |
| | | | Image found by SA Godbee in October being sent Peyton Gunn (realgunnlife) to ToxicDove (paper) | 11/17/2021 | 11/17/2021 |
| 34 | | GODBEE | SA Godbee Axiom Report Email Accounts belonging to Amanda Gunn | | |
| 35 | | GODBEE | SA Godbee Axiom Report: Driver's License for Minor & metadata | 11/17/2021 | 11/17/2021 |
| 36 | | GODBEE | Fetlife emails & screenshots | 11/17/2021 | 11/17/2021 |
| 37 | | GODBEE | Email b/w Minor & Michael Peyton Gunn using ggirl06@outlook.com (nana) and email with passwords | 11/17/2021 | 11/17/2021 |
| 38 | | GODBEE | SA Godbee Axiom Report Sample of Craigslist Messages | 11/17/2021 | |
| 39 | | GODBEE | SA Godbee Axiom Report Michael Gunn Chat Messages | 11/16/2021 | 11/17/2021 |
| 40 | | GODBEE | Google Play Email in toxicdove@outlook.com ordering VPN | 11/17/2021 | 11/17/2021 |
| 41 | | GODBEE | Email from toxicdove@outlook.com re: Venmo Hi Riley view your History | 11/17/2021 | 11/17/2021 |
| 42 | | GODBEE | Model Management Screenshots | 11/17/2021 | 11/17/2021 |
| 43 | | GODBEE | SA Godbee Axiom Reports on IB23_1 Family Passwords | 11/17/2021 | 11/17/2021 |
| 44 | | GODBEE | SA Godbee Axiom Report on IB23_6 for Search Term "Slut" (also in IB23_2) | 11/17/2021 | 11/17/2021 |
| 45 | | GODBEE | SA Godbee Axiom Reports on IB4_3 Seagate Desktop Computer "dad.doc" and The Order | | |
| 46 | | GODBEE | SA Godbee Axiom Reports on IB4_3 Child Pornography Video of Minor (Paper Copy) | 11/17/2021 | 11/17/2021 |
| 47 | | GODBEE | SA Godbee Axiom Reports on IB4_3 Child Pornography Video of Minor (Paper Copy) | 11/17/2021 | 11/17/2021 |
| 48 | | GODBEE | SA Godbee Axiom Report on IB23_6 for Search Term "Satan" (also in IB23_2) | 11/17/2021 | 11/17/2021 |
| 49 | | GODBEE | Image of Minor with Phone Numbers and Words (Paper Copy) found in ggirl06@outlook.com | 11/17/2021 | 11/17/2021 |
| 50 | | GODBEE | Image of "Whore" Written on Minor (Paper Copy) | 11/17/2021 | 11/17/2021 |
| 51 | | GODBEE | Summary Chart of Child Pornography by Devices | | |
| 52 | | GODBEE | Count One Images of Child Pornography (paper) | 11/17/2021 | 11/17/2021 |
| 53 | | GODBEE | Count Two Images of Child Pornography (paper) | 11/17/2021 | 11/17/2021 |
| 54 | | GODBEE | Count Three Images of Child Pornography (paper) | 11/17/2021 | 11/17/2021 |
| 55 | | GODBEE | Count Four Images of Child Pornography (paper) | 11/17/2021 | 11/17/2021 |
| 56 | | GODBEE | Child Pornography from IB4_3 Seagate desktop: 2 videos (paper) | 11/17/2021 | 11/17/2021 |
| 57 | | GODBEE | Child Pornography from IB15_1 Western Digital, 1TB Green: 2 videos (paper) | 11/17/2021 | 11/17/2021 |
| 58 | | GODBEE | Child Pornography from IB23_1 32gb Sandisk Ultra Plus Mini SD Card with Red and Grey Background | 11/17/2021 | 11/17/2021 |

| 59 |  | GODBEE | 11/17/2021 | 11/17/2021 | Child Pornography from 1B23_6 PNY Performance 8gb SD HC Black in Color with Yellow Switch: sample from 111 images (torture images) (paper) |
|---|---|---|---|---|---|
| 60 |  | GUNN | 11/16/2021 | 11/16/2021 | Minor's Original Birth Certificate |
| 61 |  | GUNN |  |  | Minor's Adoption Paper |
| 62 |  | GODBEE |  |  | Emails of Interest toxicdove@outlook.com |