United States District Court
Southern District of GA
Exhibits Log: CR120-014
USA v. Michael Peyton Gunn, 11/15/2021

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-1 | Freeman device extraction | No |
| Gov-3 | Screenshot: ToxicDove Folder J. Freeman Samsung phone extraction | No |
| Gov-4 | Screenshot: Images of minor with latitude & longitude | No |
| Gov-5 | Screenshot: Images of minor maps/locations | No |
| Gov-6 | Screenshot: image of Freeman device data | No |
| Gov-7 | Screenshot: conversations between J. Freeman and Riley, Riley Dad and Riley Mom | No |
| Gov-9 | minor images sent via email to SA Godbee on 2/4/2020 | No |
| Gov-10 | Michael Gunn phone return | No |
| Gov-11 | photo of shoe series with white shoe visible | No |
| Gov-12 | Consent search photographs on 2/6/20 at 209 Nicklaus Ct | No |
| Gov-13 | White sneakers seized via consent by SA McKee from 209 Nicklaus Ct. | No |
| Gov-14 | Interview of Def M.P. Gunn on 2/6/20 by SA Garrick and SA Escobar | No |
| Gov-15 | Search Warrant photophraphs taken on 2/7/20 at 209 Nicklaus Ct. | No |
| Gov-16 | property list of items seized on 2/7/20 at 209 Nicklaus Ct. | No |
| Gov-17 | photos of physical evidence seized on 2/7/20 at 209 Nicklaus Ct | No |
| Gov-18 | Jonathan Grantham plea agreement | No |
| Gov-20 | Grantham email chain | No |
| Gov-21 | Amanda Gunn plea agreement | No |
| Gov-22 | Amanda Gunn Tattoos | No |
| Gov-23 | Amanda Lexi Haze VOID website | No |
| Gov-24 | Amanda Lexi Haze Flickr website screenshots | No |
| Gov-25 | Lexi Likes It Hot Pinterest Website screenshots | No |
| Gov-29 | Summary Chart of all subscriber info for all accounts | No |
| Gov-30 | photos of devices analyzed by SA Godbee | No |
| Gov-31 | Screenshots of Axiom and Griffeye for SA Anders | No |
| Gov-32 | screenshots of Axiom: realgunnlife & toxiedove for SA Godbee | No |
| Gov-35 | SA Godbee Axiom report: Driver`s License for Minor & metedata | No |
| Gov-36 | Fetlife emails and screenshots | No |
| Gov-37 | email b/w minor and Michael Peyton Gunn using ggirlo6@outlook.com (nana) and email with passwords | No |
| Gov-39 | SA Godbee Axiom report Michael Gunn chat messages | No |
| Gov-40 | Google Play email in toxicdove@outlook.com ordering VPN | No |
| Gov-41 | Email from toxicdove@outlook,.com re: Venmo Hi Riley view your History | No |
| Gov-42 | Model Management screenshots | No |
| Gov-43 | SA Godbee Axiom reports on 1B23_24_25 Family passwords | No |
| Gov-44 | SA Godbee Axiom reports on 1B23_24_25 for Search term "Slut" | No |
| Gov-48 | SA Godbee Axiom report on 1B23_24_25_ for search term "Satan" | No |
| Gov-50 | Image of "Whore" written on Minor | No |
| Gov-60 | Minor`s original birth certificate | No |