UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR120-014 |
| | ) | |
| MICHAEL PEYTON GUNN and | ) | |
| AMANDA GUNN | ) | |

### ORDER

Based upon the motion of the government, and for good cause shown therein, the government's motion for protection on behalf of Tara M. Lyons, an attorney of record in this case is GRANTED during the criminal trial of *United States of America v. Travis McMichael, Gregory McMichael and Williams "Roddie Bryan,* Case No. 2:21cr022 for the following dates:

(a)   January 20, 2022 through and including February 25, 2022.

SO ORDERED, this __12th__ day of January, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA