UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CRIMINAL CASE NO. CR 120-014        DATE: 05/24/2022

USA V. Michael Peyton Burn           TIME: 9:58 am - 10:43 am

JUDGE: Honorable J. Randal Hall      COURTROOM DEPUTY: Lisa Widener

COURT REPORTER: Lisa Davenport       INTERPRETER: —

ATTORNEY(S) FOR THE GOVERNMENT:      ATTORNEY(S) FOR THE DEFENDANT:
Tara Lyons                           Shawn Merzlak

PROBATION OFFICER:                   DEFENDANT SENTENCED ON COUNT(S):
Joseph Broun                         1, 2, 3, 4-7, 8 & 9

---

**Y** PSI reviewed in full

**N** Objections to factual basis

**N** Objections to Guideline Calculations

**N** Changes ordered

**N** Factual Witness

**Y** Statement by Counsel

**N** Statement by Defendant

**Y** Appeal rights of defendant (explained)/waived

Facility requested/recommended:
Court makes no recommendation

Defendant remanded **Y**

Voluntary surrender —

Departure from guidelines **N**

Custody: **life** months
Cts 1-3 life; Cts 4-7 30 yrs;
Ct 8 20 yrs; Ct 9 25 yrs. to be served concurrently

Supervised Release: **life** years
ea ct to be served concurrently

**Y** Standard and Special Conditions of Release to be explained by USPO and a written to be provided to defendant

Probation —

Fine $ -0-

Restitution $ 800,000

AVAA Sp. Assessment $ 100.00 ea Cts 4-8

Special Assessment $ 100.00 ea. ct.

Community Service: — hours within — months of release

Dismiss Count(s) —

Plea agreement accepted —

Upward — Downward —